## UNITED SETATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____
WILLIAM P. BRADFORD, on behalf of )
himself and all others similarly situated, )
                  Plaintiff )
                     )
v.                            )    **Civil No. 10-10047-FDS**
                     )
                     )
GLENN ASSOCIATES, INC., )
_____Defendant_____)

### NOTICE OF VOLUNTARY DISMISSAL

        Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), plaintiff voluntarily dismisses this action

with prejudice.

                                   Plaintiff, by:

                                    */s/Kenneth D. Quat*
                                    BBO #408640
                                    QUAT LAW OFFICES
                                    678 Massachusetts Avenue, Suite 702
                                    Cambridge MA 02139
                                    617-492-0522
                                    kquat@quatlaw.com

### Certificate of Service

The undersigned certifies that the foregoing document has been served on all parties
registered with the ECF system via electronic mail, and on all non-registered parties via
first class mail, postage prepaid.

                                    */s/Kenneth D. Quat*

Dated: April 4, 2011